UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIDS SQUAD LLC,

                Plaintiff,

         -v.-

GUANGZHOU HUI DE E-TRADE CO., LTD, and GUANGZHOU YIKONG ELECTRONIC COMMERCE CO. LTD.,

                Defendants.

23 Civ. 7764 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      Due to a conflict in the Court's calendar, the order to show cause hearing currently scheduled for October 2, 2024, is hereby ADJOURNED to **September 24, 2024**, at **4:00 p.m**., and will proceed in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

Dated:  September 10, 2024
             New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge